CAVANAGH & MAHER, INC., Respondent, v. AUGUST KNEHER and REHENK HOLDING CORP., Appellants, and LOUIS E. BERNSTEIN and Another, Defendants.

— Action to recover broker's commission for procuring a lessee for real property. Order modifying appellants' demand for a bill of particulars affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.